IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVELYN POSAMENTIER,

    Plaintiff,                           No. CIV S-03-1796 PAN (JFM)

    vs.

UOP McGEORGE SCHOOL OF LAW,
UNIVERSITY OF THE PACIFIC,

    Defendants.                    ORDER TO SHOW CAUSE

_____/

        By minute order filed July 27, 2004, the defendants were directed to file dispositional documents in the above-entitled action and present them to plaintiff within ten days. Dispositional documents have not been timely filed. Accordingly, IT IS HEREBY ORDERED the parties shall show cause, at hearing on August 17, 2006 at 11:00 a.m. in Courtroom #25, why sanctions should not be imposed on counsel for failure to file dispositional papers.

DATED: June 13, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

001;posamentier.osc