1   MICHAEL J. VARTAIN [SBN 92366]
    JUDY LIAO  [SBN 241386]
2   VARTAIN LAW GROUP
    601 Montgomery Street, Suite 540
3   San Francisco, CA 94111-2608
    Telephone:  [415] 391-1155
4   Facsimile:  [415] 391-1177

5   Attorneys for Defendants
    McGEORGE SCHOOL OF LAW
6   and UNIVERSITY OF THE PACIFIC

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11   EVELYN POSAMENTIER,

12            Plaintiff,                    No. CIV S-03-1796 WBS PAN

13       v.

14   McGEORGE SCHOOL OF LAW and
     UNIVERSITY OF THE PACIFIC,
15
              Defendants.                  ORDER
16   _____/

17                              STIPULATION

18       IT IS HEREBY STIPULATED by and between all of the parties to this action, through

19   their designated counsel that the above-captioned action be dismissed in its entirety with

20   prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Parties have

21   expressly consented to settlement in this matter according to the terms of the Settlement

22   Agreement, executed by all parties and effective August 17, 2004.

23   Dated: 7/27/06                        Plaintiff Evelyn Posamentier

24                                         **LAW OFFICES OF ALAN ADELMAN**

25                      BY:                /s/ Alan Adelman
                                           ALAN ADELMAN
26                                         Attorney for Plaintiff

                                    1

1    Dated:  7/28/06                          Defendants McGeorge School of Law
                                             University of the Pacific
2                                            VARTAIN LAW GROUP

3                           BY:              /s/ Judy Liao
                                             MICHAEL J. VARTAIN
4                                            JUDY LIAO
                                             Attorneys for Defendants

5

6                                ORDER

7          IT IS HEREBY ORDERED that:

8          1.  The order to show cause hearing, set for August 17, 2006, is vacated.

9          2.  The Stipulation of Dismissal in the above-entitled action is approved and the action is

10   dismissed with prejudice.

11   DATED: August 3, 2006.

12

13

14                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18   /001;posamentier.dsm

19

20

21

22

23

24

25

26

                                       2